479 A.2d 1149

Commonwealth v. Thompson, Jr., Appellant.
Petition for Allowance of Appeal
Denied March 8, 1985.

Submitted February 22, 1984. Norris E. Gelman, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.